# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2018
LT Case No. 35-2024-CA-783

_____

ANDREW CUADRADO,

    Appellant,

    v.

CITY OF MOUNT DORA, FLORIDA
AND GARY L. HUTCHESON,

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
Michael G. Takac, Judge.

Daniel P. Faherty, of Telfer, Faherty & Anderson, P.L.L.C.,
Titusville, for Appellant.

J. David Marsey and Kayla E. Platt Rady, of Rumberger, Kirk
& Caldwell, P.A., for Appellee, City of Mount Dora, Florida.

Stephanie J. Brionez, of Brionez & Brionez, P.A., Tavares, for
Appellee, Gary L. Hutcheson.

July 14, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____